1  NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
2  NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
3  **KOLESAR & LEATHAM, CHTD**.
   3320 W. Sahara Avenue, Suite 380
4  Las Vegas, Nevada  89102
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:  nleatham@klnevada.com
6          ncox@klnevada.com

7  Attorneys for Creditor
   THE CARTOON NETWORK, INC.

8                  **UNITED STATES BANKRUPTCY COURT**

9                       **DISTRICT OF NEVADA**

10 | IN RE:                          | Case No. 09-29682-BAM
11 |                                 |
   | DANIEL SADEK,                   | Chapter 7
12 |                                 |
   |                 Debtor(s).      | **Hearing Date:  OST Pending**
13 |                                 | **Hearing Time: OST Pending**

14 **OPPOSITION OF THE CARTOON NETWORK, INC. TO DEBTOR'S MOTION TO
   RECONSIDER ORDER DENYING CONVERSION OF CASE**
15 **FROM CHAPTER 7 TO CHAPTER 11**

16         The Cartoon Network, Inc. ("Cartoon Network"), by undersigned counsel, hereby files its

17 Opposition (the "Opposition") to the Debtor's Motion to Reconsider Order Denying Conversion

18 of Case from Chapter 7 to Chapter 11 (Dkt. No. 105) (the "Motion"), on the grounds that the

19 Order Denying Conversion (the "Order") was correctly decided; Section 706(a) of title 11 of the

20 United States Code (the "Bankruptcy Code") expressly precludes the relief sought by Debtor;

21 Debtor cannot disavow his attorneys' actions; the Motion improperly seeks a premature judicial

22 determination on matters that are more properly the subject of discovery that has not been

23 completed in the context of actions to deny the Debtor a discharge; and Debtor's conduct in his

24 two bankruptcy cases demonstrates he should not be a Debtor in Possession in a Chapter 11 case.

25 In support of its Opposition, Cartoon Network states as follows:

26                        **FACTUAL BACKGROUND**

27         1.      Cartoon Network incorporates by reference as if fully rewritten herein the

28 statement of facts contained in its Opposition to Debtor's Motion to Convert Case from Chapter

735867.doc (7767-1)                                    - 1 -

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

7 to Chapter 11 (the "Opposition to Motion to Convert" and "Motion to Convert," respectively).

In addition, Cartoon Network states as follows:

2.    Debtor's conduct in his two bankruptcy cases demonstrates that he should not be a debtor in possession in a Chapter 11 case.  He has misrepresented his assets and liabilities, has failed to fulfill several important obligations required by the Bankruptcy Code and has filed multiple motion papers that lack support in the Bankruptcy Code, Bankruptcy Rules, or case law. For example:

- Debtor has failed to appear for meetings of creditors in two separate bankruptcy cases:  this case (the "Current Case") and a previous Chapter 13 case, Case No. 09-20349-bam (the "Prior Case"), which was pending within one year prior to the filing of the Current Case.

- Debtor *still* has not filed complete schedules in the Current Case, even though the deadline for doing so passed more than 6 months ago (November 3, 2009) and even though his current attorney stated at the first meeting of creditors on April 15, 2010 that he believed the schedules had been filed—a purported oversight that Debtor has *still* failed to correct.

- Debtor's incomplete schedules in the Current Case do not reflect many of the debts and assets he listed in the Prior Case (including over $7.2 million in secured debts).  In the Prior Case, the Chapter 13 Trustee highlighted that Debtor's schedules omitted at least one piece of real property he owns—property on which a creditor claims a mortgage debt exceeding $2.5 million.  In the Current Case, Debtor has engaged in similar misconduct, somehow omitting from his filed schedules multiple debts that Debtor previously had listed on schedules he filed in the Prior Case.  Compare Sched. D, Case No. 09-20349-bam (attached as **Exhibit A**), with Sched. D, Case No. 09-29682-bam (attached as **Exhibit B**). Astonishingly, Debtor's omissions in the Current Case amount to over $7.2 million in partially- and fully-secured debts.  Id.  Either Debtor was lying then, or he is lying now.

- Debtor's Schedules and Statement of Financial Affairs filed in the Prior Case – both of which Debtor signed under penalty of perjury – also failed to disclose either the debt asserted by Cartoon Network or Cartoon Network's lawsuit against him in California (the "Lawsuit").  Cf. Sched. F, Case No. 09-20349-bam, Dkt. No. 1, at 17 (attached as **Exhibit C**); SOFA, Case No. 09-20349-bam, at 39-40 (attached as **Exhibit D**) (checking the box labeled "None" where asked to "List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing").  It is difficult to imagine how Debtor could have "forgotten" about Cartoon Network's Lawsuit, given that he had been defending it for over one year since removing it to federal court on December 18, 2007, Cartoon Network had a significant judgment against Debtor's company in connection with the matter, and the claims against Debtor personally were on the eve of trial when he filed the Prior Case.  See Case Docket, attached as **Exhibit E**.

- Multiple times, Debtor has sought relief that the Bankruptcy Code does not allow, for example, continuing the automatic stay after the 30-day period under Section 362(c)(3) has expired; dismissing the case for his own malfeasance where the

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

Trustee had established grounds to convert the case to Chapter 7; and now seeking to convert the case to Chapter 11 after it has already been converted from Chapter 13 to Chapter 7.

- When Debtor opposed the Chapter 13 Trustee's motion to convert the Current Case to Chapter 7, he did not seek to convert his case to a Chapter 11 proceeding. The result was a *final order* converting the Current Case to Chapter 7—an order that Debtor is barred from, or alternatively should be estopped from, challenging at this late date.

- The relief requested in Debtor's Motion to Convert and Motion to Reconsider directly contravenes the express language of the Bankruptcy Code, namely, that a debtor may only "convert a case under this chapter [i.e., Chapter 7] to a case under chapter 11 . . . if the case has not been converted under section 1112, 1208, or 1307 of this title." 11 U.S.C. § 706(a).

3.      The present Motion, seeking a reconsideration of the Court's Order on the conversion issue is specious and entirely without merit. This is underscored by the inadequate and self-serving Declaration that Debtor has submitted in support. Although Debtor concedes that he provided his first attorney, Randolph Goldberg, with incomplete information concerning his finances, Debtor blames Mr. Goldberg for the omissions and inadequacies in the petition and schedules in the Prior Case. Significantly, Debtor does not deny that he knew of the first meeting of creditors in the Prior Case or even that he knew he was required to attend. Instead, 9 months after that hearing, Debtor states he was unable to attend (a common occurrence that is easily rectified with the Chapter 13 Trustee's office upon notice). Even Debtor's accusation that Mr. Goldberg forged his signature on the petition and schedules (a federal crime) is irrelevant; the reason Debtor's case cannot be converted to Chapter 11 is Debtor's conduct in the *Current Case*—in which Mr. Goldberg has not been involved.

4.      Debtor asks the Court to ignore his actions in the Current Case on the grounds that he gave his power of attorney to an associate who allegedly authorized the Current Case to be filed without providing Debtor an opportunity to review the petition and schedules. Tellingly, Debtor does not dispute that he authorized the filing itself through such power of attorney. The very nature of a power of attorney is that it authorizes a third party to undertake legal acts without the review of the individual giving the power of attorney. Debtor can hardly give such a power of attorney and then complain that the schedules were filled out improperly, resulting in the Current Case being improperly filed under Chapter 13.

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

5.      The facts stated above and in Cartoon Network's prior filings show that Debtor has engaged in a pattern of mismanagement, nondisclosure and disregard for deadlines and basic tenets of bankruptcy law.    Taken together, they show that the Current Case should not be converted to Chapter 11.

## LEGAL ARGUMENT

### A.    The Order Was Correctly Decided.

Debtor's Motion to Convert was meritless and remains so, even with the "evidence" Debtor has submitted.  Section 706(a) of the Bankruptcy Code is clear that a Chapter 7 case cannot be converted to Chapter 11 if the case was previously converted from Chapter 13 pursuant to Section 1307.  11 U.S.C. § 706(a) (providing that a debtor may only "convert a case under this chapter [i.e., Chapter 7] to a case under chapter 11 . . . if the case has not been converted under section 1112, 1208, or 1307 of this title").  As Cartoon Network noted in its Opposition to Motion to Convert, the Order Granting Trustee's Motion for Conversion of Chapter 13 Case to Chapter 7 (Dkt. No. 37) was plainly grounded in Section 1307 of the Bankruptcy Code.  Thus, under the clear language of Section 706(a), the prior conversion of this case from Chapter 13 to Chapter 7 precluded (and still precludes) this case from being converted to Chapter 11.

Debtor's self-serving and minimalist Declaration would not have made any difference in the decision of the Order and is not grounds for reconsideration of the Order now.  A debtor may not convert a Chapter 7 case to Chapter 11, where the case was already converted under Section 1307 of the Bankruptcy Code, and the Bankruptcy Court may not override that proscription.  E.g., In re Fry, 2008 WL 468226, *2 (Bankr. D. Kan. 2008); In re Muth, 378 B.R. 302, 303 (Bankr. D. Colo. 2007).

### B.    Debtor's Former Attorneys' Alleged Misconduct Is Not Grounds for Overlooking the Plain Language of Section 706(a).

Even if the Court had discretion to ignore Section 706(a) – which it does not – the grounds stated by Debtor would not justify doing so.

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    Debtor's attempt to blame his lawyers for the disastrous trajectory of his two bankruptcy

2    cases is inconsistent with the U.S. Supreme Court's decisions concerning a client's responsibility

3    for his attorneys' actions.  In Pioneer Investment Services Co. v. Brunswick Associates Limited

4    Partnership, 507 U.S. 380, 113 S.Ct. 1489 (1993), the Court held that a client is saddled with the

5    consequences of his lawyer's conduct—no matter how egregious.  Quoting prior decisions, the

6    Court wrote:  "Petitioner voluntarily chose this attorney as his representative in the action, and he

7    cannot now avoid the consequences of the acts or omissions of this freely selected agent.  Any

8    other notion would be wholly inconsistent with our system of representative litigation, in which

9    each party is deemed bound by the acts of his lawyer-agent. . . ."  Pioneer Inv. Servs. Co. v.

10   Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 397, 113 S.Ct. 1489, 1499 (1993) (quoting Link v.

11   Wabash R. Co., 370 U.S. 626, 633-34, 82 S.Ct. 1386, 1390 (1962); Smith v. Ayer, 101 U.S. 320,

12   326, 25 L.Ed. 955 (1880)).

13   The Supreme Court's reasoning applies with particular force here.  Even if Debtor's

14   former attorneys failed to uphold their duties to him, his recourse is against them, not against his

15   creditors.  The Court should not allow him to disavow the actions his attorneys took on his behalf

16   while forcing his creditors to forfeit their rights under the Bankruptcy Code.

17   Moreover, even if his first lawyer forged Debtor's signature and caused him to file for a

18   form of bankruptcy relief for which he was not eligible, Debtor squandered an ***additional***

19   opportunity by filing for Chapter 13 a second time.  After his first experience allowing someone

20   else to file papers on his behalf sight unseen, Debtor should have been more cautious – not less –

21   in giving his power of attorney to an associate for purposes of filing a second bankruptcy case.

**C.    Creditors Are Entitled to Take Discovery in an Adversary Proceeding Before the Court Determines Whether Debtor Withheld Financial Documents, Refused to Obey Court Orders, or Engaged in Other Conduct that Would Be Grounds for Denial of Discharge.**

25   Debtor asks the Court to grant the Motion on the grounds of Debtor's purported good

26   faith and honesty in connection with the case.  The fact-finding that Debtor is apparently asking

27   the Court to make (in an expedited setting) is more appropriately conducted using the discovery

28   tools afforded to parties in an adversary proceeding pursuant to the Federal Rules of Bankruptcy

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

735867.doc (7767-1)                                              - 5 -

1    Proceeding.  Given Debtor's conduct to date in the case, it would not be surprising for the

2    Chapter 7 Trustee or U.S. Trustee (or one of Debtor's creditors) to bring a complaint to deny

3    Debtor a discharge pursuant to Section 727 of the Bankruptcy Code.[1]  The Court should not

4    permit Debtor to use the current Motion as a backdoor to obtain a judicial determination of the

5    same facts that would be at issue in such a proceeding.

6    **D.    Debtor's Demonstrated Contempt of His Duties under the Bankruptcy Code Should
       Bar Him from Being a Debtor in Possession in Chapter 11.**

7

8        Debtor's inability to perform his duties as a Chapter 13 and 7 debtor show that he cannot

9    be trusted with the additional duties imposed in Chapter 11.  See 11 U.S.C. § 1106(a).  That

10   inability has been on display throughout Debtor's two bankruptcy cases, as stated at length

11   above.  Under Section 706(a), Debtor has no right to convert this case to Chapter 11.  The Court

12   should not take the extraordinary step of granting his request to do so given his track record in

13   this case.

14       Alternatively, to the extent that the Court does reconsider the Order and permits any

15   conversion, the Court should appoint a Chapter 11 Trustee to administer the estate and preclude

16   the Debtor from serving as a debtor in possession given his misdeeds.

17       Cartoon Network additionally incorporates by reference the arguments made by the two

18   Chapter 13 Trustees in their (a) Trustee's Opposition to Confirmation of Plan #1 Combined with

19

20   _____

     [1] Section 727 of the Bankruptcy Code provides, in part:

21       The court shall grant the debtor a discharge, unless—

22       * * *

23       (4) the debtor knowingly and fraudulently, in or in connection with the case--

             (A) made a false oath or account;

24           * * *

25           (D) withheld from an officer of the estate entitled to possession under this
             title, any recorded information, including books, documents, records, and
             papers, relating to the debtor's property or financial affairs;

26       (6) the debtor has refused, in the case--

27           (A) to obey any lawful order of the court, other than an order to respond to a
             material question or to testify. . . .

28   11 U.S.C. § 727(a)(4), (6).

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  Trustee's Recommendation for Dismissal, Case No. 09-20349-bam, Dkt. No. 24 (Aug. 15, 2009)

2  and (b) Motion for Conversion, including their affidavits in support of the same.

3  **CONCLUSION**

4  For the foregoing reasons, Cartoon Network respectfully requests that the Court deny

5  Debtor's Motion to Reconsider Order Denying Conversion of Case from Chapter 7 to Chapter

6  11.  Alternatively, if the Court allows this conversion, Cartoon Network respectfully requests

7  that the Court appoint a Chapter 11 Trustee, and issue such other relief as the Court deems

8  appropriate.

9  DATED this 12th day of May, 2010.

10  **KOLESAR & LEATHAM, CHTD.**

11

12  By: /s/ Natalie M. Cox
   NILE LEATHAM, ESQ.
13  Nevada Bar No. 002838
   NATALIE M. COX, ESQ.
14  Nevada Bar No. 007662
   3320 W. Sahara Avenue, Suite 380
15  Las Vegas, Nevada  89102

16  Attorneys for Creditor
   THE CARTOON NETWORK, INC.
17

18

19

20

21

22

23

24

25

26

27

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

735867.doc (7767-1)                                    - 7 -

# EXHIBIT A

B6D (Official Form 6D) (12/07)

In re   **NAZIH DANIEL SADEK**                                      Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. 8749000015934 | | | | | Opened 3/01/06 Last Active 1/31/09 | | | | | |
| **Citi Residental Lendin** | | - | | | **RESIDENCE** 2857 S PARADISE RD #3601 LAS VEGASNV 89109 1995 | | | | | |
| | | | | | Value $          2,600,000.00 | | | | 1,200,000.00 | 0.00 |
| Account No. 4583117683 | | | | | Opened 7/01/04 Last Active 4/27/09 | | | | | |
| **National City** Attention: Bankruptcy Department 6750 Miller Rd Brecksville, OH 44141 | | - | | | Recreational | | | | | |
| | | | | | Value $          **Unknown** | | | | 698,740.00 | 698,740.00 |
| Account No. 7080069997633 | | | | | Opened 12/01/06 Last Active 9/10/08 | | | | | |
| **Wells Fargo Home Mtg** Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | | - | | | **RESIDENCE** 2857 S PARADISE RD #3601 LAS VEGASNV 89109 1995 | | | | | |
| | | | | | Value $          2,600,000.00 | | | | 2,740,797.00 | 1,340,797.00 |
| Account No. 7080040748675 | | | | | Opened 6/01/04 Last Active 5/26/09 | | | | | |
| **Wells Fargo Home Mtg** Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | | - | | | **RESIDENCE** 2857 S PARADISE RD #3601 LAS VEGASNV 89109 1995 | | | | | |
| | | | | | Value $          2,600,000.00 | | | | 2,562,025.00 | 2,562,025.00 |

__0__   continuation sheets attached

|  | Subtotal (Total of this page) | 7,201,562.00 | 4,601,562.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 7,201,562.00 | 4,601,562.00 |

# EXHIBIT B

B6D (Official Form 6D) (12/07)

In re   **Daniel Sadek**                                         ,       Case No.
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Location: 2857 Paradise Rd. Unit 3601, Las Vegas NV | | | | | |
| **Wells Fargo** **P.O. Box 13460** **Philadelphia, PA 19101-3460** | | - | | | | | | |
| | | | Value $           0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

<u>  0  </u>  continuation sheets attached

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# EXHIBIT C

B6F (Official Form 6F) (12/07)

In re    **NAZIH DANIEL SADEK**                                              Case No. _____
                                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3499912605589943 | | | Opened 6/28/96 Last Active 12/24/08 CreditCard | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | | | | | 115,549.00 |
| Account No. 039083277016387431 | | | Opened 3/01/04 Last Active 6/01/06 CreditCard | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | | | | | 0.00 |
| Account No. 039083277016356731 | | | Opened 5/01/04 Last Active 7/01/04 CreditCard | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | | | | | 0.00 |
| Account No. 6470020251526 | | | Opened 3/14/06 Last Active 6/30/06 ConventionalRealEstateMortgage | | | | |
| American Home Mtg Srv Attn: Bankruptcy 4600 Regent Blvd Irving, TX 75063 | - | | | | | | 0.00 |
| __16__ continuation sheets attached | | | | | Subtotal (Total of this page) | | 115,549.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                                    Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** 6470020268215 | | | | | Opened 4/04/06 Last Active 6/09/06 ConventionalRealEstateMortgage | | | | |
| American Home Mtg Srv Attn: Bankruptcy 4600 Regent Blvd Irving, TX 75063 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| **Account No.** 6470020273009 | | | | | Opened 4/21/06 Last Active 8/02/06 ConventionalRealEstateMortgage | | | | |
| American Home Mtg Srv Attn: Bankruptcy 4600 Regent Blvd Irving, TX 75063 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| **Account No.** 6470020306486 | | | | | Opened 5/10/06 Last Active 7/05/06 RealEstateMortgageWithoutOtherCollateral | | | | |
| American Home Mtg Srv Attn: Bankruptcy 4600 Regent Blvd Irving, TX 75063 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| **Account No.** 039083277016316231 | | | | | Opened 10/01/00 Last Active 9/01/02 CreditCard | | | | |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| **Account No.** 039083277016558131 | | | | | Opened 12/01/96 Last Active 12/01/01 CreditCard | | | | |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | - | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __1__ of __16__ sheets attached to Schedule of                              Subtotal                | 0.00 |
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __NAZIH DANIEL SADEK__ _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 039083277016358131 | | | | Opened 12/01/96 Last Active 12/01/01 CreditCard | | | | |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 039083277016358733 | | | | Opened 9/01/96 Last Active 11/01/01 CreditCard | | | | |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 1285 | | | | Opened 10/01/03 Last Active 1/08/04 CreditCard | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 2595 | | | | Opened 12/01/03 Last Active 5/17/06 CreditCard | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. 2938 | | | | Opened 10/01/03 Last Active 9/09/08 CreditCard | | | | |
| Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | - | | | | | | |
| | | | | | | | | 176,813.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     176,813.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                                  Case No. _____
                          Debtor                     ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **1213** <br><br> Bank Of America <br> Attn: Bankruptcy NC4-105-02-99 <br> Po Box 26012 <br> Greensboro, NC 27410 | - | | | | Opened 11/01/03 Last Active 5/29/09 <br> ChargeAccount | | | | 104,947.00 |
| Account No. **91005104808** <br><br> Bank Of America <br> Attn: Bankruptcy NC4-105-02-77 <br> Po Box 26012 <br> Greensboro, NC 27410 | - | | | | Opened 5/01/01 Last Active 9/01/01 <br> Lease | | | | 0.00 |
| Account No. **10138407780** <br><br> Bank Of America <br> Attn: Bankruptcy NC4-105-02-77 <br> Po Box 26012 <br> Greensboro, NC 27410 | - | | | | Opened 11/01/00 Last Active 6/01/01 <br> Lease | | | | 0.00 |
| Account No. **7858** <br><br> Bank Of America <br> Attn: Bankruptcy NC4-105-02-77 <br> Po Box 26012 <br> Greensboro, NC 27410 | - | | | | Opened 10/27/03 Last Active 12/15/06 <br> CreditCard | | | | 0.00 |
| Account No. **4000473757** <br><br> Bmw Financial Services <br> Po Box 3608 <br> Dublin, OH 43016 | - | | | | Opened 9/01/04 Last Active 8/26/07 <br> Lease | | | | 0.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,947.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                                     Case No. _____
                                                        ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |
| Account No. 4000438955 |  |  |  | Opened 6/01/04 Last Active 6/26/06 Lease |  |  |  |  |
| Bmw Financial Services Po Box 3608 Dublin, OH 43016 |  | - |  |  |  |  |  | 0.00 |
| Account No. 430587238946 |  |  |  | Opened 7/01/01 Last Active 10/26/06 CreditCard |  |  |  |  |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 |  | - |  |  |  |  |  | 0.00 |
| Account No. 5491043919 |  |  |  | Opened 1/01/01 Last Active 10/01/04 CreditCard |  |  |  |  |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 |  | - |  |  |  |  |  | 0.00 |
| Account No. 4110102281 |  |  |  | Opened 5/01/01 Last Active 11/01/03 Lease |  |  |  |  |
| Chase 600 Community Drive Manhasset, NY 11030 |  | - |  |  |  |  |  | 0.00 |
| Account No. 4320024385 |  |  |  | Opened 11/01/00 Last Active 5/01/01 Lease |  |  |  |  |
| Chase 600 Community Drive Manhasset, NY 11030 |  | - |  |  |  |  |  | 0.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of                          Subtotal | 0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                    ,      Case No. _____

                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4319884701<br><br>Chase<br>600 Community Drive<br>Manhasset, NY 11030 | - | | Opened  7/01/00  Last Active 10/01/00<br>Lease | | | | 0.00 |
| Account No. 4319890401<br><br>Chase<br>600 Community Drive<br>Manhasset, NY 11030 | - | | Opened  8/01/00  Last Active 10/01/00<br>Lease | | | | 0.00 |
| Account No. 4991210572<br><br>Chase<br>600 Community Drive<br>Manhasset, NY 11030 | - | | Opened  2/01/00  Last Active 6/01/00<br>Lease | | | | 0.00 |
| Account No. 4991201355<br><br>Chase<br>600 Community Drive<br>Manhasset, NY 11030 | - | | Opened 11/01/99  Last Active  3/01/00<br>Lease | | | | 0.00 |
| Account No. 10036502<br><br>Chase Auto<br>600 Community Drive<br>Manhasset, NY 11030 | - | | Opened 10/01/03  Last Active  6/01/04<br>Lease | | | | 0.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of               Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **NAZIH DANIEL SADEK**                                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
| Account No. 447945290010 | | - | | Opened 10/01/98  Last Active 1/01/00 CreditCard | | | | |
| Chase Bank Usa, Na Po Box 9180 Pleasanton, CA 94566 | | | | | | | | 0.00 |
| Account No. 19832317411903 | | - | | Opened 12/01/98  Last Active 7/01/99 Automobile | | | | |
| Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | | | | 0.00 |
| Account No. 10633318550007 | | - | | Opened 11/01/06  Last Active 12/22/06 Automobile | | | | |
| Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | | | | 0.00 |
| Account No. 152300930023 | | - | | Opened 11/01/94  Last Active 5/01/09 CreditCard | | | | |
| Chase/cc 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | | | | 0.00 |
| Account No. 542418056128 | | - | | Opened 10/01/03  Last Active 2/06/06 CreditCard | | | | |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | | | | 0.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**NAZIH DANIEL SADEK**_____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **542418014786**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | - | | Opened 12/01/98  Last Active  3/01/03<br>CreditCard | | | | 0.00 |
| Account No. **8749000015959**<br><br>**Citi Residential Lendin** | | - | | Opened  8/17/06  Last Active  1/31/09<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **5121070166568374**<br><br>**Citibank / Sears**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | - | | Opened  8/01/94  Last Active  4/01/02<br>CreditCard | | | | 0.00 |
| Account No.<br><br>**CLARK COUNTY TREASURER**<br>**500 S GRAND CENTRAL PKWY**<br>**P.O. BOX 551220**<br>**Las Vegas, NV 89155** | C | | | COLLECTION | | | | 0.00 |
| Account No.<br><br>**CLARK COUNTY WATER**<br>**RECALMATION DISTRICT**<br>**5857 E FLAMINGO RD**<br>**Las Vegas, NV 89122** | C | | | COLLECTION | | | | 0.00 |

Sheet no. __**7**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **NAZIH DANIEL SADEK**                                          , Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. 73756200** | | | | Opened 12/01/06  Last Active 7/11/07 ConventionalRealEstateMortgage | | | | |
| Countrywide Home Lending Attention: Bankruptcy  SV-314B Po Box 5170 Simi Valley, CA 93062 | - | | | | | | | |
| | | | | | | | | Unknown |
| **Account No. 136163082** | | | | Opened  5/01/06  Last Active 12/26/06 CreditLineSecured | | | | |
| Countrywide Home Lending Attention: Bankruptcy  SV-314B Po Box 5170 Simi Valley, CA 93062 | - | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No. 2090864255** | | | | Opened  3/01/09 CollectionAttorney Cox Communications Las Vegas | | | | |
| Credit Control Corp 11821 Rock Landing Newport News, VA 23612 | - | | | | | | | |
| | | | | | | | | 73.00 |
| **Account No. 2080180931** | | | | Opened  1/01/08  Last Active 9/11/08 CollectionAttorney Cox Communications Las Vegas | | | | |
| Credit Control Corp 11821 Rock Landing Newport News, VA 23612 | - | | | | | | | |
| | | | | | | | | 0.00 |
| **Account No. 7000654246** | | | | Opened 1/01/04  Last Active  1/09/07 Lease | | | | |
| Dcfs Usa Llc | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                73.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __NAZIH DANIEL SADEK_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** 7001923324 | | | | | Opened 9/01/06 Last Active 11/14/06 Lease | | | | |
| **Dcfs Usa Llc** | - | | | | | | | | 0.00 |
| **Account No.** 7001408818 | | | | | Opened 12/01/04 Last Active 11/17/06 Lease | | | | |
| **Dcfs Usa Llc** | - | | | | | | | | 0.00 |
| **Account No.** 7900048448 | | | | | Opened 1/01/03 Last Active 8/01/04 Lease | | | | |
| **Dcfs Usa Llc** 36455 Corporate Dr Farmington Hills, MI 48331 | - | | | | | | | | 0.00 |
| **Account No.** 7900043990 | | | | | Opened 12/01/02 Last Active 7/01/04 Lease | | | | |
| **Dcfs Usa Llc** 36455 Corporate Dr Farmington Hills, MI 48331 | - | | | | | | | | 0.00 |
| **Account No.** 601100010034 | | | | | Opened 9/07/00 Last Active 7/18/04 CreditCard | | | | |
| **Discover Fin** Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | - | | | | | | | | 0.00 |

| Sheet no. _9_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**NAZIH DANIEL SADEK**_____    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 601100059042 <br><br> Discover Fin <br> Attention: Bankruptcy Department <br> Po Box 3025 <br> New Albany, OH 43054 | - | | | | Opened 9/01/00 Last Active 7/18/04 <br> CreditCard | | | | 0.00 |
| Account No. 2694018674 <br><br> Firstar <br> c/o US Bank Bankruptcy Dept <br> Po Box 5229 <br> Cincinnati, OH 45201 | - | | | | Opened 8/01/03 Last Active 1/11/07 <br> Lease | | | | 0.00 |
| Account No. 604589113587 <br><br> GEMB / Mervyns <br> Attention: Bankruptcy <br> Po Box 103106 <br> Roswell, GA 30076 | | | | | Opened 7/07/94 Last Active 10/02/06 <br> ChargeAccount | | | | 0.00 |
| Account No. 24411304574 <br><br> Hann Financial Service <br> One Center Drive <br> Jamesburg, NJ 08831 | - | | | | Opened 7/01/04 Last Active 12/27/04 <br> Lease Hann Financial | | | | 0.00 |
| Account No. 102800007562796 <br><br> Lasale Nt Bk <br> Attn: Bankruptcy <br> 5501 S Kedzie Ave <br> Chicago, IL 60621 | - | | | | Opened 10/01/96 Last Active 7/01/99 <br> Automobile | | | | 0.00 |
| Sheet no. _10_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **NAZIH DANIEL SADEK**                                          Case No. _____
                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 55723600018  Lockheed Fed Cr Union 2311 Hollywood Way Burbank, CA 91506 | - | | | | Opened 1/01/00 Last Active 3/12/01 CreditCard | | | | Unknown |
| Account No. 5572360000202  Lockheed Fed Cr Union 2311 Hollywood Way Burbank, CA 91506 | - | | | | Opened 3/01/01 Last Active 12/17/03 CreditCard | | | | 0.00 |
| Account No. 4454369360720  Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | - | | | | Opened 3/01/94 Last Active 10/09/98 ChargeAccount | | | | 0.00 |
| Account No. 5407369750002351  North O C City Emp Cr 230 W Wilshire Ave Fullerton, CA 92832 | - | | | | Opened 10/01/95 Last Active 1/01/00 CreditCard | | | | 0.00 |
| Account No. 39346341  Ocwen Loan Servicing L 1661 Worthington Rd Suite 100 West Palm Beach, FL 33409 | - | | | | Opened 4/01/06 Last Active 10/30/06 ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of           Subtotal          | 0.00
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **NAZIH DANIEL SADEK**                                    Case No. _____
                                                        ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 39346366 <br><br> Ocwen Loan Servicing L <br> 1661 Worthington Rd Suite 100 <br> West Palm Beach, FL 33409 | - | | Opened 4/04/06 Last Active 6/27/07 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. 39926043 <br><br> Ocwen Loan Servicing L <br> 1661 Worthington Rd Suite 100 <br> West Palm Beach, FL 33409 | - | | Opened 8/17/06 Last Active 7/10/07 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. 39346333 <br><br> Ocwen Loan Servicing L <br> 1661 Worthington Rd Suite 100 <br> West Palm Beach, FL 33409 | - | | Opened 5/10/06 Last Active 6/27/07 <br> RealEstateMortgageWithoutOtherCollateral | | | | 0.00 |
| Account No. 39346358 <br><br> Ocwen Loan Servicing L <br> 1661 Worthington Rd Suite 100 <br> West Palm Beach, FL 33409 | - | | Opened 3/01/06 Last Active 8/02/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. 1100016723 <br><br> Porsche Financial Srvc <br> 4343 Commerce Ct Ste 214 <br> Lisle, IL 60532 | - | | Opened 8/06/02 Last Active 6/29/04 <br> AutoLease | | | | 0.00 |

Sheet no. **12** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4856200222867148<br><br>Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | | - | | Opened 2/01/08<br>FactoringCompanyAccount Wells Fargo Bank | | | | 36,016.00 |
| Account No. 4856200222867155<br><br>Portfolio Rc<br>Attn: Bankruptcy<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 | | - | | Opened 2/01/08<br>FactoringCompanyAccount Wells Fargo Bank | | | | 25,056.00 |
| Account No.<br><br>REPUBLIC SERVICES<br>770 E. SAHARA AVE.<br>PO BOX 98508<br>Las Vegas, NV 89193 | C | | | COLLECTION | | | | 0.00 |
| Account No. 5733703<br><br>Sce Fcu<br>3810 Durbin Street<br>Irwindale, CA 91706 | | - | | Opened 1/01/02 Last Active 7/01/03<br>RealEstateMortgageWithoutOtherCollateral | | | | 0.00 |
| Account No. 5733702<br><br>Sce Fcu<br>3810 Durbin Street<br>Irwindale, CA 91706 | | - | | Opened 7/01/99 Last Active 12/01/99<br>Automobile | | | | 0.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal     | 61,072.00<br>(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **NAZIH DANIEL SADEK** _____,  Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
| Account No. 5733701 | | - | | Opened  6/01/99  Last Active  8/01/99 Automobile | | | | |
| Sce Fcu 3810 Durbin Street Irwindale, CA 91706 | | | | | | | | 0.00 |
| Account No. 4820982130 | | - | | Opened  1/01/99  Last Active  6/01/01 CreditCard | | | | |
| Sce Fcu Po Box 8017 El Monte, CA 91734 | | | | | | | | 0.00 |
| Account No. 4461814410 | | - | | Opened  1/01/99  Last Active  10/01/02 CreditCard | | | | |
| Sce Fcu Po Box 8017 El Monte, CA 91734 | | | | | | | | 0.00 |
| Account No. 1047248678 | | - | | Opened  7/01/99  Last Active  8/01/01 Lease | | | | |
| Toyota Motor Credit Co Must call 800-874-8822 for mailing addre | | | | | | | | 0.00 |
| Account No. 1047244891 | | - | | Opened  1/01/99  Last Active  9/01/00 Lease | | | | |
| Toyota Motor Credit Co Must call 800-874-8822 for mailing addre | | | | | | | | 0.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                                    Case No. _____
                                                          ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 1047249587 | | | | | Opened 8/01/99 Last Active 12/01/99 Lease | | | | |
| Toyota Motor Credit Co Must call 800-874-8822 for mailing addre | | - | | | | | | | 0.00 |
| Account No. 711421529 | | | | | Opened 10/01/03 Last Active 7/01/04 CheckCreditOrLineOfCredit | | | | |
| Union Bank Na Po Box 85643 San Diego, CA 92186 | | - | | | | | | | 0.00 |
| Account No. 6776 | | | | | Opened 9/01/08 Agriculture | | | | |
| Verizon California Inc Bankruptcy Administration 404 Brock Dr Bloomington, IL 61701 | | - | | | | | | | 538.00 |
| Account No. 1560042434407 | | | | | Opened 1/01/01 Last Active 4/01/03 ConventionalRealEstateMortgage | | | | |
| Washington Mutual Fa Po Box 1093 Northridge, CA 91328 | | - | | | | | | | 0.00 |
| Account No. 11711703047430001 | | | | | Opened 8/01/05 Last Active 7/25/07 NoteLoan | | | | |
| Wells Fargo Bank N A Po Box 31557 Billings, MT 59107 | | - | | | | | | | 0.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

538.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **NAZIH DANIEL SADEK**                                                    Case No. _____
                                                            ,
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 65465491518501998 | | | | Opened 7/01/03 Last Active 7/01/04 CreditLineSecured | | | | |
| Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | - | | | | | | | 0.00 |
| Account No. 446542019596 | | | | Opened 10/01/03 Last Active 6/11/09 CreditCard | | | | |
| Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | - | | | | | | | 27,409.00 |
| Account No. 7080023888548 | | | | Opened 4/01/03 Last Active 10/01/03 ConventionalRealEstateMortgage | | | | |
| Wells Fargo Home Mtg Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | - | | | | | | | 0.00 |
| Account No. 7080029740131 | | | | Opened 9/01/03 Last Active 7/01/04 ConventionalRealEstateMortgage | | | | |
| Wells Fargo Home Mtg Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 27,409.00 |
| Total (Report on Summary of Schedules) | 486,401.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

# EXHIBIT D

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **NAZIH DANIEL SADEK** _____  Case No. _____

Debtor(s)

Chapter  **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | IND EMPLOYMENT YTD |
| $0.00 | IND EMPLOYMENT 2008 |
| $0.00 | IND EMPLOYMENT 2007 |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

# EXHIBIT E

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08-cv-03579-R-CW

The Cartoon Network, Inc. v. Daniel Sadek
Assigned to: Judge Manuel L. Real
Referred to: Magistrate Judge Carla Woehrle
Case in other court: Georgia Northern, 1:07-cv-03139
Cause: 28:1441 Notice of Removal - Breach of Contract

Date Filed: 06/02/2008
Date Terminated: 06/23/2009
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**The Cartoon Network, Inc.**                represented by    **Bryan M. Knight**
Schreeder Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309-4516
404-681-3450
*TERMINATED: 06/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D Kremenetsky**
Wilson Elser Moskowitz Edelman and
Dicker
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
213-443-5100
Email:
david.kremenetsky@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence S. Burnat**
Schreeder Wheeler & Flint, LLP
Suite 800
1100 Peachtree Street, NE
Atlanta, GA 30309-4516
404-681-3450
Fax: 404-681-1046
*TERMINATED: 06/30/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J Joffe**
Wilson Elser Moskowitz Edelman &

Dicker LLP
555 South Flower Street Suite 2900
Los Angeles, CA 90071-2407
213-443-5100
Fax: 213-443-5101
Email: steven.joffe@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Sadek**                              represented by  **David Robert Blake**
*doing business as*                                           David R Blake Law Offices
Daniel Sadek Promotions                                       215 S. Highway 101
                                                              suite 213
                                                              Solona Beach, CA 98789
                                                              760 967 7022
                                                              Email: blake@lawyer.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer Brown Moore**
                                                              Greenberg Traurig Atlanta
                                                              3290 Northside Parkway The Forum
                                                              Suite 400
                                                              Atlanta, GA 30327
                                                              678-553-7324
                                                              Fax: 678-553-7325
                                                              *TERMINATED: 08/05/2008*
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jonathan K Waldrop**
                                                              Greenberg Traurig LLP
                                                              The Forum
                                                              3290 Northside Parkway NW Suite 400
                                                              Atlanta, GA 30327
                                                              678-553-2100
                                                              *TERMINATED: 08/05/2008*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Stephen G. Weizenecker**
                                                              Weizenecker Mottern & Fisher
                                                              1800 Peachtree Street
                                                              Suite 620
                                                              Atlanta, GA 30309
                                                              404-365-9799

*TERMINATED: 08/05/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas John Borchard**
Borchard & Callahan
25909 Pala, Ste 300
Mission Viejo, CA 92691
949-457-9505
Fax: 949-457-1666
Email: tborchard@borchardlaw.com
*TERMINATED: 03/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas John Borchard**
Borchard & Callahan, APC
Suite 300
25909 Pala
Mission Viejo, CA 92691
949-457-9505
*TERMINATED: 03/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenifer Elizabeth Niedenthal**
Greenberg Traurig-Atlanta
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327
404-853-8478
*TERMINATED: 08/05/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**First Option Media Inc**
*TERMINATED: 05/18/2009*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/18/2007 | 1 | NOTICE OF REMOVAL with COMPLAINT. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350 receipt number 572510), filed by Daniel Sadek.(kt) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Additional attachment(s) added on 12/20/2007: # 1 Exhibit A, # 2 Civil Cover Sheet) (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 12/20/2007) |
| 12/18/2007 | 2 | NOTICE Of Filing of Notice of Removal by Daniel Sadek. (kt) (Additional attachment(s) added on 12/20/2007: # 1 Notice of Removal) (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 12/20/2007) |

| 12/19/2007 | 3 | ANSWER to 1 NOTICE OF REMOVAL by Daniel Sadek. Discovery ends on 5/16/2008.(kt) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. [Transferred from Georgia Northern on 6/3/2008.] (Entered: 12/20/2007) |
|---|---|---|
| 12/20/2007 | 4 | Instructions to Litigants for Discovery and Motion Practice Signed by Judge William S. Duffey, Jr on 12/20/07. (csd) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 12/20/2007) |
| 01/17/2008 | 5 | NOTICE of Appearance by Jonathan Keith Waldrop on behalf of Daniel Sadek (Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/17/2008) |
| 01/17/2008 | 6 | Unopposed MOTION for Extension of Time to File the Preliminary Planning Report, Certificate of Interested Persons and Initial Disclosure by Daniel Sadek. (Attachments: # 1 Text of Proposed Order)(Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/17/2008) |
| 01/18/2008 | 7 | ORDER GRANTING 6 Motion for Extension of Time until 1/24/2008 to file the Preliminary Planning Report, Certificate of Interested Persons, and Initial Disclosures. Signed by Judge William S. Duffey, Jr on 1/18/08. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/22/2008) |
| 01/24/2008 | 8 | Certificate of Interested Persons by The Cartoon Network, Inc.. (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/24/2008) |
| 01/24/2008 | 9 | Joint PRELIMINARY REPORT AND DISCOVERY PLAN filed by The Cartoon Network, Inc.. (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/24/2008) |
| 01/24/2008 | 10 | Unopposed MOTION for Extension of Time for the Parties to File Initial Disclosures by Daniel Sadek. (Attachments: # 1 Text of Proposed Order) (Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/24/2008) |
| 01/31/2008 | 11 | CERTIFICATE OF SERVICE of Discovery by The Cartoon Network, Inc.. (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/31/2008) |
| 01/31/2008 | 12 | CERTIFICATE OF SERVICE of Defendant's Rule 26(a) Initial Disclosures by Daniel Sadek.(Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 01/31/2008) |
| 02/01/2008 | 13 | CERTIFICATE OF SERVICE by The Cartoon Network, Inc..(Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/01/2008) |
| 02/04/2008 | 14 | ORDER GRANTING 10 Motion for Extension of Time for the parties to file the initial disclosures. The parties shall have until and including 1/31/2008. Signed by Judge William S. Duffey, Jr on 1/31/2008. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/04/2008) |
| 02/20/2008 | 15 | NOTICE by The Cartoon Network, Inc. of Leave of Absence (Burnat, |

| | | Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/20/2008) |
|---|---|---|
| 02/22/2008 | 16 | MOTION to Dismiss *Defendant's Motion to Dismiss Or, In The Alternative, To Transfer* with Brief In Support by Daniel Sadek. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/22/2008) |
| 02/22/2008 | 17 | APPLICATION for Admission Pro Hac Vice for Thomas J. Borchard by Daniel Sadek.Filing Fee received $150.00, Receipt #574634. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/25/2008) |
| 02/25/2008 | | APPROVAL by Clerks Office re: 17 APPLICATION for Admission Pro Hac Vice. Attorney Thomas John Borchard for Daniel Sadek added. (cdg) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/25/2008) |
| 02/25/2008 | | ORDER (by docket entry only) granting 17 Application for Admission Pro Hac Vice of Thomas J. Borchard. Ordered by Judge William S. Duffey, Jr. on 2/25/08. (jdb) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 02/25/2008) |
| 03/03/2008 | 18 | CERTIFICATE OF SERVICE *of Discovery* by Daniel Sadek.(Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/03/2008) |
| 03/10/2008 | 19 | RESPONSE in Opposition re 16 MOTION to Dismiss *Defendant's Motion to Dismiss Or, In The Alternative, To Transfer* filed by The Cartoon Network, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/10/2008) |
| 03/10/2008 | 20 | AFFIDAVIT *of W. John Sloan* by The Cartoon Network, Inc.. (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/10/2008) |
| 03/10/2008 | 21 | NOTICE Of Filing Original Discovery by The Cartoon Network, Inc. (Burnat, Lawrence) (Additional attachment(s) added on 3/17/2008: # 1 Plaintiff's First Interrogatories, # 2 Plaintiff's First Request for Production of Documents) (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/10/2008) |
| 03/10/2008 | 22 | Request to File Original Discovery by The Cartoon Network, Inc..(Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/10/2008) |
| 03/26/2008 | | Submission of 16 MOTION to Dismiss *Defendant's Motion to Dismiss Or, In The Alternative, To Transfer*, to District Judge William S. Duffey. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/26/2008) |
| 03/27/2008 | 23 | REPLY to Response to Motion re 16 MOTION to Dismiss *Defendant's Motion to Dismiss Or, In The Alternative, To Transfer* filed by Daniel Sadek. (Attachments: # 1 Affidavit Declaration of Daniel Sadek)(Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 03/27/2008) |

| 04/02/2008 | <u>24</u> | DOCUMENT FILED IN ERROR, Two-Part Motion, re-docketed at <u>25</u> MOTION to Strike *The Declaration of Daniel Sadek or, in the alternative, for leave to file a sur-reply and supporting affidavit to defendant's reply in support of his motions to dismiss or transfer* with Brief In Support by The Cartoon Network, Inc.. (Attachments: # <u>1</u> Brief)(Burnat, Lawrence) Modified on 4/9/2008 (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/02/2008) |
|---|---|---|
| 04/02/2008 | 25 | MOTION to Strike the Declaration of Daniel Sadek filed in support of 23 Reply to Response to Motion, or, in the alternative, MOTION for Leave to File Sur-Reply and supporting affidavit, with Brief In Support by The Cartoon Network, Inc. (Attachments: # <u>1</u> Brief in support)(kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/09/2008) |
| 04/21/2008 | 26 | RESPONSE in Opposition re 25 MOTION to Strike 23 Reply to Response to Motion MOTION for Leave to File Sur-Reply MOTION to Strike 23 Reply to Response to Motion filed by Daniel Sadek. (Waldrop, Jonathan) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/21/2008) |
| 04/24/2008 | 27 | NOTICE to Take Deposition of Daniel Sadek filed by The Cartoon Network, Inc. (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/24/2008) |
| 04/29/2008 | 28 | MOTION to Withdraw Ernest L. Greer as Attorneyby Daniel Sadek. (Attachments: # <u>1</u> Text of Proposed Order)(Greer, Ernest) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/29/2008) |
| 04/30/2008 | 29 | REPLY BRIEF re 25 MOTION to Strike *The Declaration of Daniel Sadek or, in the alternative, for leave to file a sur-reply and supporting affidavit to defendant's reply in support of his motions to dismiss or transfer* filed by The Cartoon Network, Inc.. (Burnat, Lawrence) Modified on 5/6/2008 (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 04/30/2008) |
| 05/08/2008 | 30 | MOTION to Compel Discovery with Brief In Support by The Cartoon Network, Inc.. (Attachments: # <u>1</u> Brief in Support, # <u>2</u> Affidavit of Lawrence S. Burnat, # <u>3</u> Rule 37 Certificate)(Burnat, Lawrence) Modified on 5/13/2008 (kt). [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/08/2008) |
| 05/09/2008 | <u>31</u> | NOTICE by The Cartoon Network, Inc. *Notice of Serving Subpoena* (Burnat, Lawrence) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/09/2008) |
| 05/09/2008 | <u>32</u> | ORDER GRANTING 28 Motion to Withdraw as Attorney. Attorney Ernest L. Greer terminated. All future pleadings, correspondence, and other papers shall be served upon Defendant Daniel Sadek through its continuing counsel. Signed by Judge William S. Duffey, Jr on 5/9/2008. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/09/2008) |
| 05/13/2008 | | ***Steno Notes of proceedings held on 5/13/2008 before Judge William S. Duffey, Jr, by Nicholas Marrone (nam) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/13/2008) |
| 05/13/2008 | <u>33</u> | Minute Entry for Telephone Conference held on 5/13/2008 held before Judge |

| | | |
|---|---|---|
| | | William S. Duffey, Jr: DEFERRING ruling on 30 Motion to Compel. The motion to compel is held in ABEYANCE until the Court rules on Dft's Motion to Dismiss. (Court Reporter Nicholas Marrone.)(kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/14/2008) |
| 05/14/2008 | 34 | NOTICE of Appearance by Jenifer Elizabeth Niedenthal on behalf of Daniel Sadek (Niedenthal, Jenifer) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/14/2008) |
| 05/29/2008 | 35 | ORDER GRANTING IN PART and DENYING IN PART 16 Motion to Dismiss, or, in the alternative, to Transfer. The motion to dismiss is DENIED. Defendant's Motion to Transfer Venue to the Central District of California is GRANTED. IT IS FURTHER ORDERED that 25 Motion to Strike the Declaration of Daniel Sadek, filed in support of 23 Reply to Response to Motion is GRANTED. IT IS FURTHER ORDERED that Plaintiff's 30 Motion to Compel Discovery is DENIED AS MOOT. Signed by Judge William S. Duffey, Jr on 5/30/2008. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/30/2008) |
| 05/30/2008 | | Civil Case Terminated. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 05/30/2008) |
| 06/02/2008 | | Case transferred electronically to the United States District Court, Central District of California. Original file, certified copy of transfer order and docket sheet sent. (kt) [Transferred from Georgia Northern on 6/3/2008.] (Entered: 06/02/2008) |
| 06/02/2008 | 37 | NOTICE OF RECEIPT OF CASE TRANSFERRED IN: Formerly Case Number: 1:07-CV-03139-WSD from USDC, Northern District of Georgia. The above-referenced case has been transferred to this district and assigned the Civil Case Number: CV 08-3579 R (CWx). (Attachments: # 1 CV-18 Notice of Assignment to United States Magistrate Judge for Discovery). (et) (Entered: 06/03/2008) |
| 06/02/2008 | 38 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Lawrence S. Burnat for Plaintiff The Cartoon Network, Inc. (et) (Entered: 06/03/2008) |
| 06/02/2008 | 39 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Bryan M. Knight for Plaintiff The Cartoon Network, Inc. (et) (Entered: 06/03/2008) |
| 06/02/2008 | 40 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jennifer Brown Moore for Defendant Daniel Sadek. (et) (Entered: 06/03/2008) |
| 06/02/2008 | 41 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jonathan K Waldrop for Defendant Daniel Sadek. (et) (Entered: 06/03/2008) |
| 06/02/2008 | 42 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Jenifer Elizabeth Niedenthal for Defendant Daniel Sadek. (et) (Entered: 06/03/2008) |

| 06/02/2008 | 43 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Stephen G. Weizenecker for Defendant Daniel Sadek. (et) (Entered: 06/03/2008) |
|---|---|---|
| 06/03/2008 | 36 | ORIGINAL file, certified copy of transfer order and docket sheet received from Georgia Northern (Entered: 06/03/2008) |
| 06/04/2008 | 44 | ORDER Re: Notice to Counsel by Judge Manuel L. Real. This case has been assigned to the calendar of Judge Manuel L.Real. Counsel are advised that the Court expects strict compliance withthe provisions of the Local Rules and the FRCPs. NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION. Counsel for plaintiff, or plaintiff, if appearing on his or her own behalf, is responsible for promptly serving this notice on defendants counsel, and filing a proof of service with the notice attached as an exhibit with the Court. If this case came to the Court via a Noticed Removal, this burden falls to the removing defendant. See attached order. (rj) (Entered: 06/05/2008) |
| 06/26/2008 | 45 | First REQUEST to Substitute attorney STEVEN J. JOFFE in place of attorney LAWRENCE S. BURNAT filed by plaintiff The Cartoon Network, Inc.. Request set for hearing on 7/7/2008 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY)(Joffe, Steven) (Entered: 06/26/2008) |
| 06/30/2008 | 46 | ORDER by Judge Manuel L. Real Granting First REQUEST to Substitute attorney STEVEN J. JOFFE in place of attorney LAWRENCE S. BURNAT 45 . (pj) (Entered: 07/01/2008) |
| 08/05/2008 | 47 | NOTICE of Change of Attorney Information for attorney Thomas J Borchard counsel for Defendant Daniel Sadek.Jennifer Moore is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant Daniel Sadek (Borchard, Thomas) (Entered: 08/05/2008) |
| 08/05/2008 | 48 | NOTICE of Change of Attorney Information for attorney Thomas J Borchard counsel for Defendant Daniel Sadek.Jennifer Niedenthal is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant Daniel Sadek (Borchard, Thomas) (Entered: 08/05/2008) |
| 08/05/2008 | 49 | NOTICE of Change of Attorney Information for attorney Thomas J Borchard counsel for Defendant Daniel Sadek.Jonathan K. Waldrop is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant Daniel Sadek (Borchard, Thomas) (Entered: 08/05/2008) |
| 08/05/2008 | 50 | NOTICE of Change of Attorney Information for attorney Thomas J Borchard counsel for Defendant Daniel Sadek.Steven G. Weizenecker is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Defendant Daniel Sadek (Borchard, Thomas) (Entered: 08/05/2008) |

| 09/22/2008 | 51 | AMENDED DOCUMENT filed by Plaintiff The Cartoon Network, Inc.. *First Amended Complaint* (Joffe, Steven) (Entered: 09/22/2008) |
|---|---|---|
| 09/22/2008 | 52 | STIPULATION to Amend Amended Document (Non-Motion) 51 filed by Plaintiff The Cartoon Network, Inc..(Joffe, Steven) (Entered: 09/22/2008) |
| 09/24/2008 | 53 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Initiating documents * are NOT to be e-filed, but Manually filed with Civil Intake Section.After which, a conformed copy e-mailed to :CivilIntakeCourtDocs-LA@cacd.uscourt.gov) RE: Amended Document (Non-Motion) 51 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pj) (Entered: 09/24/2008) |
| 09/25/2008 | 54 | FIRST AMENDED COMPLAINT against defendants First Option Media Inc, Daniel Sadek amending Notice of Removal, 1 ,filed by plaintiff The Cartoon Network, Inc. (pj) (Additional attachment(s) added on 10/9/2008: # 1 20 day issued Summons re First Amended Complaint) (pj). (Entered: 09/29/2008) |
| 10/01/2008 | 55 | Joint Preliminary Report and Discovery Plan REPORT filed by Plaintiff The Cartoon Network, Inc.. (Attachments: # 1 Proposed Order Scheduling Order, # 2 Proposed Order Additional Order)(Joffe, Steven) (Entered: 10/01/2008) |
| 10/02/2008 | 56 | NOTICE of Change of Attorney Information filed by Plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 10/02/2008) |
| 10/02/2008 | 57 | Summons on First Amended Complaint filed by Plaintiff The Cartoon Network, Inc. (Kremenetsky, David) (Entered: 10/02/2008) |
| 10/02/2008 | 59 | ORDER by Judge Manuel L. Real. Upon review of the information contained in the Joint Preliminary Report the Court further orders that the Nevada Federal District Court Order compelling (1) production of documents from Defendants pursuant to a Nevada subpoena; and (2) sanctions against Defendants for not producing said documents be accorded full faith and credit by this court (28 U.S.C. Section 1738 and 28 U.S.C. Section 1963, a copy of said Order is attached to the Joint Preliminary Report as Exhibit A. Related to 55 . (rrey) (Entered: 10/03/2008) |
| 10/03/2008 | 58 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Incorrect event selected. AS TO DOCUMENT NUMBER 56 Correct event is Change of atty inform (G-06) under Notices ; AS TO DOCUMENT NUMBER 57 For issuance of a summons, it must be submitted manually with the Civil Intake Section RE: Miscellaneous Document 57 , Notice (Other) 56 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (pj) (Entered: 10/03/2008) |
| 10/07/2008 | 60 | NOTICE of Change of Attorney Information for attorney David D Kremenetsky counsel for Plaintiff The Cartoon Network, Inc.. Changing e-mail to david.kremenetsky@wilsonelser.com. Adding David D. Kremenetsky |

| | | as attorney as counsel of record for The Cartoon Network, Inc. for the reason indicated in the G-06 Notice. Filed by Plaintiff The Cartoon Network (Kremenetsky, David) (Entered: 10/07/2008) |
|---|---|---|
| 10/07/2008 | | 20 DAY Summons Issued re Amended Complaint, 54 as to defendants First Option Media Inc, Daniel Sadek. (pj) (Entered: 10/09/2008) |
| 10/14/2008 | 61 | ANSWER to Amended Complaint, 54 filed by Defendant Daniel Sadek. (Borchard, Thomas) (Entered: 10/14/2008) |
| 01/16/2009 | 62 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real: COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE-TRIAL CONFERENCE on APRIL 13, 2009 AT 11:00 A.M. Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before MARCH 23, 2009, which date will also serve as the discovery cut-off date in this action. There is no Motion Cut-Off Date set. PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or before APRIL 6, 2009. COURT TRIAL DATE is set as MAY 5, 2009 AT 9:00 A.M.IT IS SO ORDERED. (pj) (Entered: 01/16/2009) |
| 03/06/2009 | 63 | NOTICE OF MOTION AND MOTION for Contempt against Defendant SADEK individually and dba DANIEL SADEK PROMOTIONS filed by Plaintiff The Cartoon Network, Inc.. Motion set for hearing on 4/6/2009 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Exhibit Exhibits 2-11, # 2 Proposed Order Order No. 1, # 3 Proposed Order Order 2, # 4 Proposed Order Order 3, # 5 Proposed Order Order 4, # 6 Proposed Order Order 5, # 7 Proposed Order Order 6)(Kremenetsky, David) (Entered: 03/06/2009) |
| 03/16/2009 | 64 | REQUEST to Substitute attorney David Blake, Esq. in place of attorney Thomas J. Borchard, Esq./Janelle M. Dease, Esq. filed by Defendant Daniel Sadek. (Attachments: # 1 Proposed Order)(Borchard, Thomas) (Entered: 03/16/2009) |
| 03/16/2009 | 65 | OBJECTIONS to REQUEST to Substitute attorney David Blake, Esq. in place of attorney Thomas J. Borchard, Esq./Janelle M. Dease, Esq. 64 *Objection to Defendant Sadek's Request for Substitution of Attorney* filed by Plaintiff The Cartoon Network, Inc.. (Joffe, Steven) (Entered: 03/16/2009) |
| 03/17/2009 | 66 | ORDER by Judge Manuel L. Real Granting REQUEST to Substitute attorney David Blake, Esq. in place of attorney Thomas J. Borchard, Esq. and Janelle M. Dease, Esq. 64 for Defendant Daniel Sadek. (lom) (Entered: 03/18/2009) |
| 03/18/2009 | 67 | PROOF OF SERVICE Executed by Plaintiff The Cartoon Network, Inc., upon *First Option Media, Inc.* The Summons and Complaint were served by personal service, by State Statute statute, upon Daniel Sadek officer First Option Media. Due Dilligence declaration no. Original Summons not returned. (Kremenetsky, David) (Entered: 03/18/2009) |
| 03/20/2009 | 68 | MEMORANDUM in Opposition to MOTION for Contempt against Defendant SADEK individually and dba DANIEL SADEK PROMOTIONS 63 filed by Defendants First Option Media Inc, Daniel Sadek. (Blake, David) (Entered: 03/20/2009) |

| 03/20/2009 | 72 | NOTICE OF DISCREPANCY AND ORDER: by Judge Manuel L. Real, ORDERING Memorandum of points and authorities oppositon to plaintiff submitted by Defendants First Option Media Inc, Daniel Sadek received on 3/19/2009 is not to be filed but instead rejected. Denial based on: Pursuant to G.O. 07-08 Case is Designated for Electronic Filing. (pj) (Entered: 03/24/2009) |
|---|---|---|
| 03/23/2009 | 69 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 03/23/2009) |
| 03/23/2009 | 70 | joint Exhibit List filed by plaintiff The Cartoon Network, Inc... (Kremenetsky, David) (Entered: 03/23/2009) |
| 03/23/2009 | 71 | Witness List filed by plaintiff The Cartoon Network, Inc... (Kremenetsky, David) (Entered: 03/23/2009) |
| 03/24/2009 | 73 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Attorney Daniel Sadek. (Blake, David) (Entered: 03/24/2009) |
| 03/30/2009 | 74 | REPLY reply to opposition MOTION for Contempt against Defendant SADEK individually and dba DANIEL SADEK PROMOTIONS 63 filed by Plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 03/30/2009) |
| 04/02/2009 | 75 | REQUEST for Clerk to Enter Default against defendant First Option Media Inc filed by plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 04/02/2009) |
| 04/02/2009 | 76 | REQUEST for Clerk to Enter Default against defendant First Option Media Inc filed by plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 04/02/2009) |
| 04/02/2009 | 77 | REQUEST for Clerk to Enter Default against defendant First Option Media Inc filed by plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 04/02/2009) |
| 04/06/2009 | 78 | DEFAULT BY CLERK ENTERED as to Defendant First Option Media Inc RE FIRST AMENDED COMPLAINT (pj) (Entered: 04/06/2009) |
| 04/06/2009 | 79 | NOTICE OF MOTION AND MOTION for Pretrial Conference *Order* filed by plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 04/06/2009) |
| 04/06/2009 | 81 | ORDER #3, re MOTION for Contempt and Sanctions 63 : Court hereby precludes Defendant DANIEL SADEK from offering any evidence contesting plaintiffs allegation taht defendant DANIEL SADEK is later ego of First Option Media Inc. by Judge Manuel L. Real (lc) (Entered: 04/09/2009) |
| 04/06/2009 | 82 | ORDER #5, re MOTION for Contempt and sanctions 63 : Court orders defendant DANIEL SADEK pay plaintiff the sum of $2,677.50 which represents additional costs and expenses, including reasonable attorney fees. Said sum due and payable to plaintiff immediately upon execution of this orde rby Judge Manuel L. Real (lc) (Entered: 04/09/2009) |

| 04/06/2009 | 83 | ORDER #6 re MOTION for Contempt and sanctions 63 : Defendant DANIEL SADEK to immediately remit $1,132.50 to plaintiff, THE CARTOON NETWORK, INC, as required by prior court orders, dated 8/21/08 and 10/2/08 by Judge Manuel L. Real, (lc) (Entered: 04/09/2009) |
|---|---|---|
| 04/08/2009 | 80 | MINUTES OF Plaintiff's motion for contempt and sanctions 63 hearing held before Judge Manuel L. Real. The Court GRANTS the motion for reasons as stated on the record. The Court signs the proposed orders as submitted by plaintiff. Court Reporter: Bridget Montero. (lom, ) (Entered: 04/08/2009) |
| 04/10/2009 | 84 | APPLICATION for Default Judgment against Defendant FIRST OPTION MEDIA, INC. *BY COURT* filed by Plaintiff The Cartoon Network, Inc.. Application set for hearing on 5/4/2009 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 DECLARATION OF DAVID D. KREMENETSKY IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT FIRST OPTION MEDIA, INC., # 2 DECLARATION OF JOHN SLOAN IN SUPPORT OF PLAINTIFF'S REQUEST FOR COURT ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST OPTION MEDIA, INC.)(Kremenetsky, David) (Entered: 04/10/2009) |
| 04/13/2009 | 85 | FINAL PRETRIAL CONFERENCE ORDER approved by Judge Manuel L. Real (lc) (Entered: 04/13/2009) |
| 04/13/2009 | 86 | MINUTES OF Final Pretrial Conference Hearing held before Judge Manuel L. Real. The Court discusses the status of the action with counsel. The Court notes that the corporate entity is in default, and plaintiff has filed an application for default judgment set for hearing on May 4, 2009 at 10:00 a.m. As the only remaining issue in this matter is that of alter ego, the Court will allow plaintiff five court hours to present its case, and defendant four hours to present its case. With those changes, the Court signs the proposed Final Pre-Trial Conference Order. The Court resets the date of the Court Trial on the issue of alter ego for 5/19/2009 at 09:00 AM. Court Reporter: Roslyn Adams. (sch, ) (Entered: 04/13/2009) |
| 04/29/2009 | 87 | First REQUEST to Set Trial Date on June 30, 2009 *Stipulation and Order* filed by plaintiff The Cartoon Network, Inc.. (Kremenetsky, David) (Entered: 04/29/2009) |
| 04/30/2009 | 88 | STIPULATION TO CONTINUE TRIAL DATE; ORDER by Judge Manuel L. Real, 87 , GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the trialdate in the above-entitled matter is continued from May 19, 2009 to June 16, 2009. (pj) (Entered: 05/01/2009) |
| 05/01/2009 | 89 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: (1) Incorrect event selected. Correct event to be used is CONTINUE under STIPULATION. (2) Proposed Document was not submitted as separate attachment RE: First REQUEST to Set Trial Date on June 30, 2009 *Stipulation and Order* 87 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (jp) (Entered: 05/04/2009) |

| 05/04/2009 | 90 | MINUTES OF Plaintiff's Application for Default Judgment by Court against Defendant First Option Media Inc(Fld 4-10-09) 84 . There is no appearance on behalf of defendant First Option Media, Inc.The Court GRANTS the motion in amounts as stated on the record.Plaintiff shall submit a proposed order and separate judgmentCourt Reporter: Bridget Montero. (pj) (Entered: 05/06/2009) |
|---|---|---|
| 05/13/2009 | 91 | NOTICE OF LODGING filed re Order on Application for Default Judgment, Motion Hearing,, 90 (Kremenetsky, David) (Entered: 05/13/2009) |
| 05/13/2009 | 92 | CERTIFICATE OF SERVICE filed by Plaintiff The Cartoon Network, Inc., re Notice of Lodging 91 served on May 13, 2009. (Kremenetsky, David) (Entered: 05/13/2009) |
| 05/18/2009 | 93 | ORDER GRANTING PLAINTIFFS APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FIRST OPTION MEDIA, INC. by Judge Manuel L. Real, re 84 (pj) (Entered: 05/19/2009) |
| 05/18/2009 | 94 | DEFAULT JUDGMENT AGAINST DEFENDANT FIRST OPTION MEDIA, INC. by Judge Manuel L. Real, Default judgment is hereby entered against FIRST OPTION, for the total amount of $1,162,833.23, consisting of damages in the amount of $844,906.80 and prejudgment interest in the amount of $317,926.43 84 . This judgment shall bear interest at the judgment rate from the date of entry until paid. (pj) (Entered: 05/19/2009) |
| 06/08/2009 | 95 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Attorney for Def. Sadek Daniel Sadek. (Blake, David) (Entered: 06/08/2009) |
| 06/08/2009 | 96 | Proposed MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff The Cartoon Network, Inc.. (Joffe, Steven) (Entered: 06/08/2009) |
| 06/09/2009 | 97 | TRIAL BRIEF filed by Plaintiff The Cartoon Network, Inc... (Attachments: # 1 Exhibit Exhibit N to P, # 2 Exhibit Exhibits Q to R, # 3 Exhibit Exhibits S to HH, # 4 Exhibit Exhibits II to TT)(Joffe, Steven) (Entered: 06/09/2009) |
| 06/10/2009 | 98 | MINUTES OF IN CHAMBERS ORDER held before Judge Manuel L. Real: COUNSEL ARE NOTIFIED that on the Court's own motion the: COURT TRIAL is hereby ORDERED CONTINUED FROM TUESDAY, JUNE 16, 2009AT 9:00 A.M., TO FRIDAY, JUNE 19, 2009 AT 9:00 A.M. (pj) (Entered: 06/10/2009) |
| 06/11/2009 | 99 | Second STIPULATION for New Trial on June 30, 2009 filed by plaintiff The Cartoon Network, Inc..(Joffe, Steven) (Entered: 06/11/2009) |
| 06/12/2009 | 100 | ORDER by Judge Manuel L. Real re: Stipulation for New Trial, 99 . Good cause having been shown, the Bench Trial is now set for 6/30/2009 at 09:00 AM before Judge Manuel L. Real. (rj) (Entered: 06/12/2009) |
| 06/16/2009 | 101 | Request for Defendant to Lodge Original Depositions filed by Plaintiff The Cartoon Network, Inc. (Joffe, Steven) (Entered: 06/16/2009) |
| 06/19/2009 | 102 | NOTICE NOTICE OF FILING OF BANKRUPTCY filed by Attorney for Def. Sadek Daniel Sadek. *OF FILING OF BANKRUPTCY* (Blake, David) (Entered: 06/19/2009) |

| 06/22/2009 | 103 | NOTICE BANKRUPTCY SUPPLEMENT filed by Attorney for Def. Sadek Daniel Sadek. (Blake, David) (Entered: 06/22/2009) |
|---|---|---|
| 06/23/2009 | 104 | MINUTES OF (IN CHAMBERS) DISMISSING ACTION WITHOUT PREJUDICE TO PURSUING THE MATTER IN BANKRUPTCY COURT held before Judge Manuel L. Real: The only remaining defendant in this action, the individual Daniel Sadek, has filed a Chapter 13 Bankruptcy Action in the Las Vegas, Nevada Bankruptcy Court. The only remaining issue in this matter, which was set for Court Trial on June 30, 2009, was whether Daniel Sadek is the alter ego of the corporation First Option Media, Inc, against whom plaintiff has already obtained a judgment. IT IS NOW HEREBY ORDERED that the trial date of June 30, 2009 is vacated, and this action is DISMISSED, without prejudice toplaintiff pursuing the matter against the individual Daniel Sadek In the Bankruptcy Action in the Las Vegas, Nevada BankruptcyCourt. re:) 102 ., (Made JS-6. Case Terminated.) (pj) (Entered: 06/23/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/11/2010 10:28:57 | | | |
| **PACER Login:** | vs0084 | **Client Code:** | 059388-000010/3768 |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-03579-R-CW End date: 3/11/2010 |
| **Billable Pages:** | 10 | **Cost:** | 0.80 |